```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
UNITED STATES OF AMERICA           )
                                   )
     v.                            )    CR. No.  11-186 S
                                   )
JOSEPH CARAMADRE; and              )
RAYMOUR RADHAKRISHNAN,             )
                                   )
          Defendants.              )
_____)
```

**ORDER**

Before the Court is the government's motion to disqualify Anthony Traini, Esq. from serving as Defendant Joseph Caramadre's attorney in the above-captioned matter based on a conflict of interest due to Mr. Traini's representation of Edward Maggiacomo, Jr. Having considered the arguments of the parties, <u>in camera</u> review of documents submitted by defense counsel, and the sworn answers to the Court's questions of both Defendant Caramadre and Mr. Maggiacomo, the Court is satisfied that any waiver of conflict is knowing and voluntary by both Defendant Caramadre and Mr. Maggiacomo, the Court hereby DENIES the government's motion to disqualify. The Court will issue a memorandum in the near future to further explicate the reasoning underlying this ruling.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: July 27, 2012